# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANY RUI LOOSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. ED CV 17-02373 MAA<br><br>**JUDGMENT** |

In accordance with the Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: Sept. 17, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARIA A. AUDERO
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE