FILED
CLERK, U.S. DISTRICT COURT
12/17/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JANY RUI LOOSE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>　　　　Defendant. | CASE NO.: EDCV17-02373-MAA<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

　　**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND THREE HUNDRED EIGHTY-EIGHT DOLLARS and 31/cents ($2,388.31), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

　　DATED: Dec. 17, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE MARIA A. AUDERO
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1